IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN TOMTOP TECHNOLOGY CO., LTD., <br><br> Defendant. | Case No. 19-cv-07515 <br><br> **Judge Ronald A. Guzman** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

## PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER DIRECTING SERVICE OF PROCESS ABROAD PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff Oakley, Inc. ("Oakley" or "Plaintiff") seeks entry of an order directing service of process abroad pursuant to Fed. R. Civ. P. 4(f)(3). A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 3rd day of December 2019.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Oakley, Inc.*